# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1515
_____

CAMERON FINE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Proceedings.

July 18, 2025

PER CURIAM.

DISMISSED.

ROBERTS, NORDBY, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Cliff Wilson Jr., Public Defender and Nathan Marshburn, Assistant Public Defender, Lake City, for Petitioner.

No appearance for Respondent.